**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHARLIE CASTILLO,           :      Civil No. 1:22-CV-00417

         Plaintiff,            :

         v.                   :

CORRECTION OFFICER O'HAINE, *et* :
*al.*,                              :

         Defendants.        :      Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 16th day of March 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's first motion for summary judgment, Doc. 76, is **DENIED**.

2. Defendant O'Haine's motion for summary judgment, Doc. 80, is **GRANTED**.

3. Plaintiff's second motion for summary judgment, Doc. 87, is **DEEMED** withdrawn.

4. The Clerk of the Court is directed to enter judgment in favor of Defendant O'Haine.

5. The Clerk of the Court is directed to **CLOSE** the case.

                 s/Jennifer P. Wilson
                 JENNIFER P. WILSON
                 United States District Judge
                 Middle District of Pennsylvania